

# Court of Appeals
# Fifth District of Texas at Dallas
## MANDATE

**TO THE COUNTY COURT AT LAW NO. 4 OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 20th day of July, 2015, the cause on appeal to reverse the judgment between

AZEB RUDER, Appellant

No. 05-14-01265-CV        V.

WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, WILLIAM DAVIS REAL ESTATE SERVICES, LLC D/B/A WILLIAM DAVIS REALTY, AND KATHY JABRI, Appellees

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-01346-2014.
Opinion delivered by Justice Lang. Justices Bridges and Evans participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the trial court's order denying appellant Azeb Ruder's motion to dismiss is **REVERSED** and judgment is **RENDERED** that appellees' defamation claims are dismissed. We **REMAND** the cause to the trial court for further proceedings, including a determination of costs, attorney's fees, and other expenses authorized by section 27.009 of the Texas Civil Practices and Remedies Code.

It is **ORDERED** that appellant AZEB RUDER recover her costs of this appeal from appellee WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, WILLIAM DAVIS REAL ESTATE SERVICES, LLC D/B/A WILLIAM DAVIS REALTY, AND KATHY JABRI.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 30th day of September, 2015.



_____
LISA MATZ, Clerk